**SO ORDERED.**
**SIGNED this 21st day of May, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE

IN RE:

Mary Sue Weaver                                           Case No. 18-33381-SHB

Debtor.                                                   Chapter 13

## ORDER

This matter having come before this Honorable Court, and the Court is in the opinion that it is well founded, it is thereby **ORDERED** that Claim #8-1 filed by Jeff Mellencamp, dba Millwood Specialty Flooring in the amount of $90,458.08 is stricken in its entirety.

### ###

**APPROVED FOR ENTRY:**

**WILLIAM E. MADDOX, JR., LLC**

_s/ William E. Maddox, Jr._
William E. Maddox, Jr. BPR #017462
William E. Maddox, Jr. LLC
Attorney at Law

Attorney for Debtor
P.O. Box 31287
Knoxville, TN 37930
Phone: (865) 293-4953

## CERTIFICATE OF SERVICE

      I certify that the foregoing **Withdraw of Document** was served on the following via the Court's Electronic Case Filing**:**

Office of the United States Trustee
800 Market Street, Suite 114
Knoxville, TN 37902

Gwendolyn M. Kerney
Chapter 13 Trustee
PO Box 228
Knoxville, TN 37901

                                      *s/ William E. Maddox, Jr.*
William E. Maddox, Jr.  BPR# 017462
William E. Maddox, Jr. LLC
P.O. Box 31287
Knoxville, TN, 37930
(865) 293-4953
wem@billmaddoxlaw.com